UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JACQUES MADER                                              CIVIL ACTION

VERSUS                                                     NO: 24-925

CPG CATERING, LLC D/B/A                                    SECTION: "A" (5)
GALLAGHER'S GRILL AND PAT
GALLAGHER'S 527 RESTAURANT &
BAR

## ORDER OF DISMISSAL

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

July 29, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE